IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AARON PAUL VANOVER,** | CIV S-08-0637 GEB GGH P |
| Petitioner, | **ORDER** |
| **v.** | |
| **JAMES A. YATES, Warden, et al.,** | |
| Respondents. | |

GOOD CAUSE APPEARING, Respondent's application for a sixty (60) day extension of time in which to file a response in this matter is hereby GRANTED. Respondent's response is due on July 18, 2008.

Dated: 05/30/08

/s/ Gregory G. Hollows
United States Magistrate Judge

van637.eot