IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AARON PAUL VANOVER,

    Petitioner,               No. CIV S-08-0637 GEB GGH P

   vs.

JAMES A. YATES, Warden, et al.,

    Respondents.         ORDER

                                /

        Petitioner has requested an extension of time to file a reply to the answer. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's August 4, 2008 request for an extension of time (Docket #11) is granted; and

        2. Petitioner is granted thirty days from the date of this order in which to file his reply.

DATED: 08/14/08                               /s/ Gregory G. Hollows

                                                    GREGORY G. HOLLOWS
                                                    UNITED STATES MAGISTRATE JUDGE

GGH:ak
vano0637.111